JS-6

FILED
CLERK, U.S. DISTRICT COURT
11/27/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DALE DAVIS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 50 inclusive,<br><br>　　　　　　Defendants. | Case No. 5:16-cv-02115-MWF-DTB<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all parties. Each party is to bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 27, 2017

_____
Honorable Michael W. Fitzgerald
United States District Judge